UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

CMH HOMES, INC., and CMH
MANUFACTURING, INC.

      Plaintiffs,

v.                                        Case No. 1:17-CV-00835-JCH-LF

LON W. SEXTON and HEATHER SEXTON

      Defendants,

LON SEXTON,

      Plaintiff,

v.                                       Case No. 1:17-CV-00956-JHR-SCY

CMH HOMES INC. d/b/a CLAYTON
HOMES d/b/a OAKWOOD HOMES OF
ALBUQUERQUE, CMH MANUFACTURING,
INC., and VANDERBILT MORTGAGE AND
FINANCE , INC.,

      Defendants,

**STATUS REPORT AND REQUEST FOR EXTENSION OF STAY**

      Lon W. Sexton and Heather Sexton, by and through their attorneys of record, Feferman, Warren & Mattison, and CMH Homes, Inc., CMH Manufacturing, Inc., and Vanderbilt Mortgage and Finance, Inc., by and through their attorneys of record, Butt Thornton & Baehr, PC, pursuant to the text entry of the Court entered on August 29, 2018, jointly report to the Court, that the parties' mediation scheduled for August 30, 2018 was unexpectedly postponed at the request of Lon W. Sexton and Heather Sexton, and is currently being rescheduled for December of this year. The parties respectfully request this Court to continue the stay of this case for an additional ninety (90) days to enable the parties to

concentrate their efforts on the mediation in an attempt to resolve all matters at issue in this case. The parties will continue to work diligently toward resolution and will promptly report to the Court should this matter be resolved.

        Respectfully submitted,

        FEFERMAN, WARREN & MATTISON

        */s/Nicholas H. Mattison*
        Nicholas H. Mattison
        *Attorneys for Lon W. Sexton and*
        *Heather Sexton*
        300 Central Avenue SW, Suite 2000 West
        Albuquerque, NM 87102
        Telephone: (505) 243-7773
        nmattison@nmconsumerwarriors.com

        BUTT THORNTON & BAEHR PC

        /s/ *Rodney L. Schlagel*
        Rodney L. Schlagel
        *Attorneys for CMH Homes, Inc., CMH*
        *Manufacturing, Inc., and Vanderbilt*
        *Mortgage and Finance, Inc.*
        P.O. Box 3170
        Albuquerque, NM 87190-3170
        Telephone: (505) 884-0777
        rlschlagel@btblaw.com

I HEREBY CERTIFY that on the 25th day of
September, 2018, I filed the foregoing electronically
through the electronic filing system, which caused the
parties or counsel to be served by
electronic means, as more fully reflected on the
Notice of Electronic Filing.

/s/ *Nicholas H. Mattison*
Nicholas H. Mattison