## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW MEXICO

CMH HOMES, INC., and CMH
MANUFACTURING, INC.

    Plaintiffs,                                      Case No. 1:17-CV-00835-JCH-LF

v.

LON W. SEXTON and HEATHER SEXTON,

    Defendants.

LON SEXTON,

    Plaintiff,

v.                                                   Case No. 1:17-CV-00956-JHR-SCY

CMH HOMES, INC. d/b/a CLAYTON
HOMES d/b/a OAKWOOD HOMES OF
ALBUQUERQUE, CMH MANUFACTURING,
INC., and VANDERBILT MORTGAGE AND
FINANCE, INC.,

    Defendants.

## ORDER LIFTING STAY AND DISMISSAL WITH PREJUDICE

THIS MATTER having come before the Court on CMH Homes, Inc., CMH Manufacturing, Inc., and Vanderbilt Mortgage and Finance, Inc., and Lon W. Sexton's Joint Motion to Lift Stay and Dismiss with Prejudice (Doc 48), and the Court being informed all claims in these consolidated cases have been resolved, having reviewed the file herein and being fully advised and informed in the premises FINDS the Motion is well taken and should be granted.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the stay in this case is hereby lifted, and this case and all claims alleged, or which could have been alleged in this action are dismissed with prejudice, with all parties to pay their own attorneys' fees and costs.

_____
SENIOR UNITED STATES DISTRICT JUDGE

APPROVED:

BUTT THORNTON & BAEHR PC

/s/ *Rodney L. Schlagel*
Rodney L. Schlagel
P.O. Box 3170
Albuquerque, NM  87190-3170
Telephone:  (505) 884-0777
rlschlagel@btblaw.com


SIMPSON, MCMAHAN, GLICK & BURFORD, PLLC


/s/ *W. Scott Simpson*
W. Scott Simpson
Daniel S. Weber
100 Concourse Parkway, Suite 310 West Tower
Hoover, AL  35244
Telephone: (205) 876-1600
wssimpson@smgblawyers.com

*Co-Counsel for CMH Homes, Inc., CMH Manufacturing, Inc., and Vanderbilt Mortgage and Finance, Inc.*

FEFERMAN, WARREN & MATTISON


*/s/ Nicholas H. Mattison approved via e-mail 09/10/21*
Nicholas H. Mattison
*Attorneys for Lon W. Sexton and Heather Sexton*
300 Central Avenue SW, Suite 2000 West
Albuquerque, NM 87102
Telephone: (505) 243-7773
nmattison@nmconsumerwarriors.com